IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARY SHELLEY, Personal Representative of the Estate of TREVERT SHELLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>MARYLAND CASUALTY COMPANY and DOES A-Z INCLUSIVE,<br><br>    Defendants, | CV 25-144-M-KLD<br><br><br>ORDER |

    Defendant moves for the admission of Bronwyn F. Pollock and Max W. Hirsch to practice before this Court in this case with Kelly J. C. Gallinger to act as local counsel. The applications of both attorneys appear to be in order.

    Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Bronwyn F. Pollock and Max W. Hirsch pro hac vice is GRANTED on the condition that both Ms. Pollock and Mr. Hirsch shall do their own work. This means that Ms. Pollock and Mr. Hirsch must each do their own writing, sign their own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or

from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Pollock and Mr. Hirsch, within fifteen (15) days of the date of this Order, each files a pleading acknowledging their admission under the terms set forth above.

DATED this 22nd day of October, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge