IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARY SHELLEY, Personal Representative of the Estate of TREVERT SHELLEY, | CV 25-144-M-KLD |
| Plaintiff, | ORDER |
| vs. | |
| MARYLAND CASUALTY COMPANY and DOES A-Z INCLUSIVE, | |
| Defendants, | |

Pursuant to the Court's prior order (Doc. 35), the parties have filed a joint Stipulation of Dismissal with Prejudice. (Doc. 36). The parties request that this Court dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

//

//

1

The Clerk of Court is directed to close the case file.

DATED this 10th day of June, 2026.

Kathleen L. DeSoto
United States Magistrate Judge